IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BERNARDO P. SORIANO, | CIVIL NO. 13-00579 LEK-RLP |
| Plaintiff, | |
| vs. | |
| ROTO ROOTER PLUMBING, | |
| Defendant. | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 26, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION THAT THE DISTRICT COURT DENY PLAINTIFF'S SECOND REQUEST FOR APPOINTMENT OF COUNSEL AND APPLICATION TO PROCEED WITHOUT PREPAYING FEES," docket entry no. 7, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, December 30, 2013.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**BERNARDO P. SORIANO VS. ROTO ROOTER PLUMBING; CIVIL NO. 13-00579 LEK-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**